UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST et al.,<br><br>Plaintiff,<br><br>v.<br><br>D. CIULLA FLOORING LLC, a Washington limited liability company; and DOMINIC JOHN CIULLA, individually,<br><br>Defendant. | CASE NO. 2:21-mc-00081 MJP<br><br>ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT |

Plaintiffs/Judgment Creditors, BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al ("EPT" or "Plaintiffs"), has moved the Court for an Order to Show Cause against Defendant, Dominic John Ciulla, individually (hereinafter "Defendant D. Ciulla") and as an officer of Defendant/Judgment Debtor, D. Ciulla Flooring LLC (hereinafter "D. Ciulla Flooring"). Pursuant to Plaintiffs' Motion for Order to Show Cause Re: Contempt, the Court having reviewed the Motion, the papers and pleadings on file, and good cause appearing, IT IS

1 | HEREBY ORDERED that Plaintiffs' Motion for an Order to Show Cause Re: Contempt is
2 | GRANTED. IT IS FURTHER ORDERED that Defendant D. Ciulla shall show cause in writing
3 | why he should not be sanctioned pursuant to the Court's inherent authority, including making
4 | findings that Defendant D. Ciulla be held in civil contempt for his failure to comply with the
5 | Court's previously issued Order (ECF 4). Defendant D. Ciulla's response to this show cause
6 | order shall be filed with the Court on or before November 15, 2022.

7 |     IT IS FURTHER ORDERED that the Plaintiffs shall serve a copy of this Order by
8 | personal service on Defendant D. Ciulla. IT IS FURTHER ORDERED THAT, ABSENT A
9 | COURT ORDER, DOMINIC JOHN CIULLA'S FAILURE TO FILE A RESPONSE TO THIS
10 | SHOW CAUSE ORDER, WILL RESULT IN A FINDING OF CONTEMPT, THE
11 | IMPOSITION OF ADDITIONAL SANCTIONS, INCLUDING AWARDING PLAINTIFF'S
12 | ATTORNEY'S FEES AND COSTS AS A SANCTION, OR IMPOSITION OF OTHER
13 | MEASURES TO ENSURE DOMINIC JOHN CIULLA'S COMPLIANCE WITH THIS
14 | COURT'S ORDERS.

15 |     The clerk is ordered to provide copies of this order to all counsel.
16 |     Dated November 1, 2022.

*[Signature]*

Marsha J. Pechman
United States Senior District Judge